UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   SACV 24-2561 MWC (PVC)                           Date:  June 2, 2025

Title      Dorene Arnell Bartlett v. Frank Bisignano, Commissioner of Social Security

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:**  **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 21, 2024, Plaintiff filed a Complaint seeking review of Defendant's decision denying disability benefits.  (Dkt. No. 1).  On January 24, 2025, the Commissioner Answered the Complaint, which was limited to filing the Administrative Record.  (Dkt. No. 7).  Pursuant to the Supplemental Federal Rules of Civil Procedure for Social Security Cases, Plaintiff was required to file a brief in support of her Complaint no later than February 24, 2025.  *See* Fed. R. Civ. P. Supp. SS Rules 5, 6.  As of today, Plaintiff has neither filed her brief nor requested an extension of time in which to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by filing her brief in support of the Complaint.  Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

                                                                                           00:00
                                                            Initials of Preparer    mr