# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAY C. *ex rel.* DORENE ARNELL B., deceased,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security,[2] <br><br> Defendant. | Case No. SACV 24-2561 MWC (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano, the Commissioner of Social Security, is hereby substituted for Martin J. O'Malley, a predecessor originally named in the Complaint. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

IT IS ORDERED that Judgment shall be entered REVERSING the decision of the Commissioner and REMANDING this action for further administrative proceedings consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 30, 2026

_____

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2