# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAY C. *ex rel.* DORENE ARNELL B.,[1] | Case No. SACV 24-2561 MWC (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner is REVERSED, and this action is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

DATED:     March 30, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.