Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, CA 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff LASHAY COLLINS for
DORENE ARNELL BARTLETT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAY COLLINS for DORENE ARNELL BARTLETT,<br><br>Plaintiff<br><br>v.<br><br>FRANK BISIGNANO[1], Commissioner of Social Security,<br><br>Defendant | CASE NO. 8:24-CV-02561 MWC-PVC<br><br>**ORDER FOR AWARD OF EAJA FEES** |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$8,955** as authorized by 28 U.S.C. §2412. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. §3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees and costs to counsel and Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees and costs may be

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), He should be substituted as the defendant in this suit. Per the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), no further action need be taken to continue this suit.

made payable to Plaintiff's attorney, Sima G. Aghai, by either electronic funds transfer or check. If Plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees and costs after offset will be made by check payable to Plaintiff and delivered to the business address of Plaintiff's counsel.

DATED: August 11, 2026

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE